**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Jason and Danni Balasa | : | Chapter 13 |
| | : | |
| Debtor | : | No. :  14-16331-ref |
| | : | |

## PRAECIPE TO CHANGE ADDRESS

TO THE CLERK:

    Kindly update the Court's records to reflect a new address for debtor Keri Kemmerer, effective immediately, to:

Street Address:
233 Shaner Street
Boyertown, PA 19512

LAW OFFICE OF STEPHEN J. ROSS

By:    /s/ Joseph Quinn
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@SJR-LAW.com

Date: October 26, 2017