United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 14-16331-ref
Jason Balasa                                                    Chapter 13
Danni Balasa
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa            Page 1 of 2              Date Rcvd: Nov 27, 2017
                             Form ID: 138NEW       Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
db/jdb         +Jason Balasa,    Danni Balasa,    233 Shaner Street,    Boyertown, PA 19512-1128
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13362449       +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
13440542        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13362450        Arcadia Recovery Bureau, LLC,    PO Box 70256,    Philadelphia, PA 19176-0256
13467999       +BPA as Authorized Agent for PNC Bank,    800 Corporate Drive, Suite 408,
                 Ft. Lauderdale, FL 33334-3621
13362452       +Cap1/boscv,    Po Box 5253,    Carol Stream, IL 60197-5253
13362453       +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13417457       +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
13362455       +Ecmc,    Po Box 16408,    St. Paul, MN 55116-0408
13362458       +Fed Loan Serv,    Pob 69184,    Harrisburg, PA 17106-9184
13362457       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13362456       +Fed Loan Serv,    Po Box 61047,    Harrisburg, PA 17106-1047
13362459       +KML Law Group,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13371321       +Lakeview Loan Servicing, LLC,    c/o Joshua I. Goldman, Esq.,    KML Law Group PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13401246       +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13362463        Nco Fin/51,    Po Box 13574,    Philadelphia, PA 19101
13362464       +Reading Area Water Authority,    1801 Kutztown Road,    Reading, PA 19604-1515
13362465        Reading Health System,    PO Box 16052,    Reading, PA 19612-6052
13456452        U. S. Department of Education,    FedLoan Servicing,    P. O. Box 69184,
                 Harrisburg, PA   17106-9184
13362467        Weltman Weinberg & Reis Co,    PO Box 93596,    Columbus, OH 43215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Nov 28 2017 01:01:54      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 28 2017 01:01:45
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 28 2017 01:01:57      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13362448       +E-mail/Text: sstump@albright.edu Nov 28 2017 01:02:06      Albright College,    Po Box 15234,
                 Reading, PA 19612-5234
13362451       +E-mail/Text: banko@berkscredit.com Nov 28 2017 01:01:37      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
13362454       +E-mail/Text: bk.notifications@jpmchase.com Nov 28 2017 01:01:39      Chase auto,
                 Attn: National Bankruptcy Dept,    Po Box 29505,    Phoenix, AZ 85038-9505
13375070        E-mail/Text: bk.notifications@jpmchase.com Nov 28 2017 01:01:39      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, Arizona 85038-9505
13362460        E-mail/Text: camanagement@mtb.com Nov 28 2017 01:01:39      M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
13362461       +E-mail/Text: Bankruptcies@nragroup.com Nov 28 2017 01:02:09      National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
13362462        E-mail/Text: Bankruptcies@nragroup.com Nov 28 2017 01:02:09      National Recovery Agency,
                 PO Box 67015,    Harrisburg, PA 17106-7015
13362466       +E-mail/Text: External.Collections@phoenix.edu Nov 28 2017 01:02:07      University Of Phoenix,
                 4025 S Riverpoint Parkway,    Phoenix, AZ 85040-0723
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Lisa                  Page 2 of 2                  Date Rcvd: Nov 27, 2017
                              Form ID: 138NEW             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              JOSEPH L QUINN    on behalf of Joint Debtor Danni  Balasa CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Debtor Jason  Balasa CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor   Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jason Balasa and Danni Balasa

    Debtor(s)

Bankruptcy No: 14–16331–ref

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 11/27/17

45 – 44
Form 138_new